**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **JOHN WESLEY KIMBROUGH, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:21-cv-293-DRL-MGG** |
| | ) | |
| **DAWN BUSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**</u>

For Defendants' answer to Plaintiff's remaining claims, defendant Buss, by counsel, states the following:

1. Defendant admits that this Court has jurisdiction over the parties and subject matter, and that venue is proper.

2. Defendant admits the allegations in the complaint, relevant to Plaintiff's remaining claims, that are consistent with the following facts:

    a. John Kimbrough, DOC #219656, is an inmate in the custody of the Indiana Department of Correction who is incarcerated at the Indiana State Prison.

    b. At all times relevant to the complaint, Dawn Buss was Deputy Warden at the Indiana State Prison.

3. Defendant denies all other allegations, whether of fact or law, not specifically admitted above.

4. Defendant denies that Plaintiff is entitled to any relief.

# JURY DEMAND

Defendant requests a jury trial.

## STATEMENT OF DEFENSES

1. Plaintiff has failed to exhaust his available administrative remedies with regards to all claims pending in this lawsuit.  Defendant is not aware of Plaintiff completing the informal process, formal grievance step and two separate appeals prior to filing this lawsuit and will seek to confirm that understanding.

2. Plaintiff has failed to state a claim upon which relief can be granted.

3. Defendant is entitled to recover costs, including reasonable attorney fees.

4. Plaintiff's rights, privileges, and immunities secured under the Constitution and/or the laws of the United States have not been violated by any alleged action or inaction of the Defendants. Defendants at all times acted in good faith, and without malice.

5. Defendant is entitled to qualified immunity from damages under 42 U.S.C. §1983 with respect to any claim for damages by the plaintiff based upon federal constitutional principles or federal law, because their actions were objectively reasonable and did not violate clearly established principles of law.

6. Plaintiff has suffered no damages as a result of conduct by Defendant.

7. Defendant maintained sufficient penological interests for imposing any restrictions/ limitations on Plaintiff.

8. Plaintiff has failed to mitigate his damages, if any are found to exist.

9. Plaintiff does not suffer from any ongoing, Constitutional deprivation.

10. Defendant at all times acted reasonably, without malice, and in good faith.

11. Defendant reserves the right to supplement and amend their Affirmative Defenses

**WHEREFORE** defendant Dawn Buss requests that Plaintiff take nothing by way of his complaint and that this Court grant judgment in Defendant's favor, and grant all other just and

proper relief.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Atty. No. 18857-49

Date:  <u>January 14, 2022</u>                              By:    W. Andrew Kirtley
                                                                  Deputy Attorney General
                                                                  Attorney No. 35027-49

### <u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that on January 14, 2022, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non CM/ECF participants:

John Wesley Kimbrough, III
DOC #219656
Indiana State Prison
One Park Row
Michigan City, IN 46360

                                   W. Andrew Kirtley
                                   Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-7144
Fax: (317) 232-7979
Email: Andrew.Kirtley@atg.in.gov